# In the United States Court of Federal Claims

| | |
|---|---|
| VETERANS VOCATIONAL SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 08-589 C<br><br>Filed August 20, 2008 |

**ORDER**

On August 20, 2008, the parties participated in an initial telephonic status conference to discuss plaintiff's application for temporary restraining order and preliminary injunction in this post-award bid protest of the Department of Veterans Affairs ("VA") procurement under Solicitation VA 101-07-RP-0306. After discussion with the parties, the Court determined that additional briefing on the relevant issues would be helpful to the Court in evaluating plaintiff's application for interlocutory injunctive relief.

Defendant stated that the VA has now forwarded plaintiff's protests of certain contract awardees' size and status to the Small Business Administration ("SBA") and has offered to provide a debriefing to plaintiff on an expedited basis. In their submissions, the Court requests that the parties address whether a determination by the SBA favorable to plaintiff as to the size or status of the three awardees that are the subjects of plaintiff's protest would have any impact on the procurement at issue. The parties should address this issue in light of the timing of the contract award, the timing of the size and status protests filed with VA by plaintiff, the anticipated timing of SBA's resolution of those protests, and all applicable regulations, including but not limited to 13 C.F.R. § 121.1009(g)(3), § 125.27(g), and 48 C.F.R. § 19.302(i).

The Court does hereby **ORDER** that the parties shall file simultaneous memoranda in support of or opposition to plaintiff's application for temporary restraining order and preliminary injunction no later than **Wednesday, August 27, 2008, at noon, Eastern time**. The Court **FURTHER ORDERS** that the parties shall participate in a telephonic status conference and hearing on the application for temporary restraining order and preliminary injunction on **Friday, August 29, 2008, at 10:00 a.m. Eastern time**.

During the telephonic status conference, defendant represented that it was in the process of contacting the contract awardees that are the subjects of plaintiff's protest to ascertain whether any of them wish to participate in this case as defendant-intervenors. Defendant also represented that it would file a joint proposed form of protective order no later than Monday, August 25, 2008.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge