**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Bid Protest)

| | | |
|---|---|---|
| VETERANS VOCATIONAL SERVICES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-589 C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER**

With the consent of plaintiff, we respectfully request that the Court issue its standard protective order in this case. The administrative record that is being prepared for this case includes proprietary and competition-sensitive information, the public release of which potentially would prejudice the Government and those parties that bid upon the contract that is the subject of this protest. Accordingly, we respectfully request that the Court issue a protective order. A proposed protective order, taken from the forms following the Court's rules and modified to include the proper caption, is attached.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginal T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

Of Counsel:
Brian R. Reed
Procurement Counsel
Chicago Office of Regional Counsel
Department of Veterans Affairs
Hines, Illinois
(708) 202-2210
(708) 202-2239 (facsimile)

s/ Scott T. Palmer
Scott T. Palmer
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-6299
Fax: (202) 305-1571

Dated: August 25, 2008

Attorneys for Defendant

Attachment: Proposed Protective Order

CERTIFICATE OF FILING

I hereby certify that on this 25th day of August 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott T. Palmer