# In the United States Court of Federal Claims

| | |
|---|---|
| VETERANS VOCATIONAL SERVICES,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 08-589 C<br>Filed August 25, 2008 |

ORDER

On August 25, 2008, defendant filed an Unopposed Motion for a Protective Order. Defendant's motion is GRANTED. The Court will issue the protective order by a separate order on this date.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge