**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **VETERANS VOCATIONAL SERVICES,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | No. 08-589 C (Miller, G.) |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**MOTION OF SYGNETICS, INC. TO INTERVENE**

Sygnetics, Inc. ("Sygnetics"), by its undersigned attorneys, hereby moves pursuant to RCFC 24(a) to intervene as Defendant-Intervenor in the above-captioned bid protest proceeding before this Court. Sygnetics is one of the awardees of the disputed contract and has been performing under the disputed contract. Therefore, Sygnetics is entitled to intervene as a matter of right in this bid protest proceeding, as provided for in RCFC Appendix C §§ 8.b., 12.

The undersigned counsel for Sygnetics contacted counsel for the United States and stated Sygnetics' intention to move to intervene in this bid protest proceeding. Counsel for the United States did not object to Sygnetics' intervention.

On August 22, 2008, counsel for Sygnetics contacted counsel for Plaintiff Veterans Vocational Services ("VVS") and left a telephone voice message notifying said counsel of Sygnetics' intention to move to intervene in this bid protest proceeding and seeking their consent to the motion. As of the filing of this Motion, counsel for VVS has not returned Sygnetics' counsel's call.

Sygnetics also seeks leave to file a short opposition to Plaintiff's Motion for a Temporary Restraining Order on August 27, 2008. Because Plaintiff had not advised Sygnetics of the filing of its Complaint and associated papers, Sygnetics was not able to intervene as of the August 20 status conference, and thus was not included among the parties requested to file a brief on August 27. Accordingly, leave is now sought to file a brief.

Respectfully submitted,

s/ David T. Ralston, Jr.
David T. Ralston, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4097
Facsimile 202.672.5399

*Counsel of Record for Defendant-Intervenor Sygnetics, Inc.*

OF COUNSEL:
Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4086
Facsimile 202.672.5399

Dated August 25, 2008