**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **VETERANS VOCATIONAL SERVICES,** | |
| **Plaintiff,** | No. 08-589 C |
| **v.** | (Miller, G.) |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**ORDER GRANTING MOTION TO INTERVENE**

The motion of Sygnetics, Inc. pursuant to RCFC 24(a) to intervene as Defendant-Intervenor in the above-captioned bid protest proceeding before this Court, good cause having been shown, is GRANTED. Counsel for Sygnetics, Inc. is also granted leave to file a brief by 12 noon, August 27, 2008, concerning Plaintiff's Motion for a Temporary Restraining Order. The Clerk shall serve counsel for all parties with this ORDER.

____________________________
Judge