# In the United States Court of Federal Claims

| | | |
|---|---|---|
| VETERANS VOCATIONAL SERVICES, Plaintiff, | ) | No. 08-589 C |
| v. | ) | Filed August 25, 2008 |
| THE UNITED STATES, Defendant. | ) | |

**ORDER GRANTING MOTION TO INTERVENE**

The motion of Sygnetics, Inc. pursuant to RCFC 24(a) to intervene as Defendant-Intervenor in the above captioned bid protest proceeding before this Court, good cause having been shown, is GRANTED. Counsel for Sygnetics, Inc. is also granted leave to file a brief by 12:00 noon, August 27, 2008, concerning Plaintiff's Motion for a Temporary Restraining Order.

As a consequence of its intervention, Sygnetics, Inc. and its counsel are subject to the terms of the Protective Order entered on this date (docket entry number 10).

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge