# ATTACHMENT 1

## U--Vocational Rehabilitation & Employment ServicesService Disabled Veterans Owned Small Businessarea 19 and full open competition sub areas 1, 9,12, 14, 15, and 20

**Solicitation Number: VA-101-07-RP-0306**

Agency: Department of Veterans Affairs

Office: VA Acquisition Operations Service

Location: Department of Veterans Affairs Acquisition Operations Service

---

**Notice Type:**
Award Notice

**Original Posted Date:**
August 4, 2008

**Posted Date:**
August 7, 2008

**Response Date:**
-

**Original Response Date:**
-

**Archiving Policy:**
Automatic, on specified date

**Original Archive Date:**
October 28, 2008

28, 2008

**Archive Date:**
October 28, 2008

**Original Set Aside:**
N/A

**Set Aside:**
N/A

**Classification Code:**
U -- Education & training services

**NAICS Code:**
624 -- Social Assistance/624310 -- Vocational Rehabilitation Services

---

**Contract Award Date:**
July 21, 2008

**Contract Award Number:**
VA101(049A3)-V-0328

**Contract Award Dollar Amount:**
1,831,485.00

**Contract Line Item Number:**
all items 1 9 12 14 15 19 20

**Contractor Awardee:**
SYGNETICS, INC;2514 S ROCHESTER RD;ROCHESTER HILLS;MI;483073817

**Synopsis:**
Added: Aug 04, 2008 3:47 pm Modified: Aug 07, 2008 3:48 pm Track Changes
No Description Provided

**Contracting Office Address:**
Department of Veterans Affairs;VA Central Office;Acquisition Operations Service (049A3);810 Vermont Avenue, NW;Washington DC 20420

**Point of Contact(s):**
Rosa M Asencio Contracting OfficerRosa.asencio@va.gov
Belinda Thomas-Wright, Contracting Officer
Belinda.Thomas-wright@va.gov

Supervisory Contracting Officer

---

**Opportunity History**

- Original Synopsis
  *Award Notice*
  Aug 04, 2008
  7:00 pm
- Award
  Aug 07, 2008
  12:58 pm
- Award
  Aug 07, 2008
  1:14 pm
- Award
  Aug 07, 2008
  1:57 pm
- Award
  Aug 07, 2008
  2:09 pm
- Award
  Aug 07, 2008
  3:06 pm
- Award
  Aug 07, 2008
  3:48 pm
- Award
  Aug 07, 2008
  4:27 pm