IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | | |
|---|---|---|
| VETERANS VOCATIONAL SERVICES<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>SYGNETICS, INC.,<br><br>Defendant-Intervenor. | ) | No. 08-589 C<br>(Judge George W. Miller) |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO**
**FILE THEADMINISTRATIVE RECORD ON CD-ROM**

Pursuant to paragraph 9(d) of Appendix E to the Rules of the Court of Federal Claims ("RCFC"), defendant respectfully requests leave to file the administrative record utilizing a CD-ROM. This case is designated an electronic filing case pursuant to the Court's CM/ECF system. Our administrative record in this case will exceed the Court's current 4MB size limitation for electronic files. Counsel for the United States has contacted counsel for the plaintiff and for the intervenor, and they do not object to this motion.

The administrative record consists of several volumes. This voluminous set of documents can most efficiently be delivered to the Court, the plaintiff, and the intervenor on a CD-ROM. This method will provide efficient and easy access to the record because we can submit the record in searchable format.

Defendant will deliver a paper courtesy copy to chambers pursuant to paragraph 10 of Appendix E of the RCFC.

For these reasons, defendant respectfully requests that this unopposed motion for leave to file on CD-ROM be granted.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Scott T. Palmer
SCOTT T. PALMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-6299
Fax: (202) 305-1571

Attorneys for Defendant

Of Counsel:
Brian R. Reed
Procurement Counsel
Chicago Office of Regional Counsel
Department of Veterans Affairs
Hines, Illinois 60141
(708) 202-2210
(708) 202-2239 (facsimile)

Dated: September 4, 2008

CERTIFICATE OF FILING

I hereby certify that on this 4th day of September 2008, a copy of the foregoing "UNOPPOSED MOTION FOR LEAVE TO FILE THE ADMINISTRATIVE RECORD ON CD-ROM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott T. Palmer