# In the United States Court of Federal Claims

VETERANS VOCATIONAL SERVICES,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

SYGNETICS, INC.,

Defendant-Intervenor.

No. 08-589 C

Filed September 4, 2008

**ORDER**

On September 4, 2008, defendant filed an unopposed motion for leave to file the administrative record in this proceeding on a CD-ROM rather than through the court's CM/ECF electronic filing system. Because no party opposes defendant's motion, the Court hereby GRANTS it. Defendant shall file the administrative record on CD-ROM and shall provide the Court's chambers with two copies of the administrative record in paper form. Further, because plaintiff and defendant-intervenor have agreed to be served via delivery of a copy of the CD-ROM, defendant shall serve the administrative record on the other parties in this fashion.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge.