IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | | |
|---|---|---|
| VETERANS VOCATIONAL SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>SYGNETICS, INC.,<br><br>Defendant-Intervenor. | ) | No. 08-589 C<br>(Judge George W. Miller) |

**DEFENDANT'S MOTION FOR**
**AN ENLARGEMENT OF TIME TO FILE THE ADMINISTRATIVE RECORD**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 5 calendar days, to and including September 10, 2008, within which to file its administrative record. The administrative record currently is due on September 5, 2008. This is defendant's first request for an enlargement of time. Counsel for the defendant-intervenor has indicated that he does not oppose this motion. Counsel for plaintiff has indicated that he opposes this motion.

The additional time is required for undersigned counsel to adequately prepare and file the Government's administrative record. Most of the information required for the administrative record resides in a software program called DecisionPoint, which is not government-owned. DecisionPoint is used by the VA's evaluation teams to input notes, comments, and evaluations. The program has built-in safeguards so that after notes are "closed," no one can re-open them later to change them, thus preserving the integrity of the acquisition record. While VA

encountered no difficulty retrieving evaluation summaries from DecisionPoint, the VA could not retrieve the individual notes of the evaluators in a readable format. This necessitated the VA to work directly with a DecisionPoint representative to reformat and print those notes. This process considerably delayed the collection of information for inclusion in the administrative record. Undersigned counsel has not yet received the administrative record from VA. Counsel for VA has indicated that VA staff is currently assembling the administrative record and that the VA can adequately assemble the record for filing by September 10, 2008.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Scott T. Palmer
SCOTT T. PALMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-6299
Fax: (202) 305-1571

Of Counsel:
Brian R. Reed
Procurement Counsel
Chicago Office of Regional Counsel
Department of Veterans Affairs
Hines, Illinois 60141
(708) 202-2210
(708) 202-2239 (facsimile)

Dated: September 5, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 5th day of September 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott T. Palmer