# In the United States Court of Federal Claims

| | |
|---|---|
| VETERANS VOCATIONAL SERVICES,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>SYGNETICS, INC.,<br>Defendant-Intervenor. | No. 08-589 C<br><br>Filed September 5, 2008 |

**ORDER**

On September 5, 2008, defendant filed a motion requesting an enlargement of time to file the administrative record from September 5 to September 10, 2008. Defendant's motion is **GRANTED**, and the administrative record shall be filed by **12:00 noon on September 10, 2008.**

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge.