IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | | |
|---|---|---|
| VETERANS VOCATIONAL SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>SYGNETICS, INC.,<br><br>Defendant-Intervenor. | ) | No. 08-589 C<br>(Judge George W. Miller) |

**DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, defendant provides this notice that on September 10, 2008, it filed the administrative record of the proceedings regarding plaintiff's protest of the agency's award of the contract at issue in this matter on CD-ROM and provided two bound courtesy copy to chambers.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Scott T. Palmer
SCOTT T. PALMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-6299
Fax: (202) 305-1571

Attorneys for Defendant

Of Counsel:
Brian R. Reed
Procurement Counsel
Chicago Office of Regional Counsel
Department of Veterans Affairs
Hines, Illinois 60141
(708) 202-2210
(708) 202-2239 (facsimile)

Dated: September 10, 2008

CERTIFICATE OF FILING

I hereby certify that on this 10th day of September 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott T. Palmer