# In the United States Court of Federal Claims

VETERANS VOCATIONAL SERVICES,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

SYGNETICS, INC.,

Defendant-Intervenor.

No. 08-589 C

Filed September 10, 2008

## ORDER

On September 9, 2008, plaintiff filed a Notice of and Motion to Supplement the Administrative Record requesting permission to depose the contracting officer, Rosa M. Ascensio. The Court will address this issue during the status conference scheduled for 10:00 a.m. on Tuesday, September 16. If defendant or defendant-intervenor intend to challenge this motion, they are to file any opposition by close of business on **Friday, September 12.**

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge