IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| **VETERANS VOCATIONAL SERVICES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | No. 08-589 C<br>(Miller, G.) |

## NOTICE OF DECISION BY SMALL BUSINESS ADMINISTRATION IN SIZE PROTEST CONCERNING SYGNETICS, INC.

On September 3, 2008, the United States Small Business Administration ("SBA"), Area IV, rendered a decision in the size protest of Veterans Vocational Services ("VVS"), Size Determination Case 4-2008-64, concerning Sygnetics Incorporated. The SBA has dismissed VVS's size protest on two grounds: (1) untimely filing, and (2) failure to set forth specific grounds. A copy of the SBA's decision is attached.

Respectfully submitted,

s/ David T. Ralston, Jr.

David T. Ralston, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.672.5300
Facsimile 202.672.5399

*Counsel of Record for Defendant-Intervenor Sygnetics, Inc.*

OF COUNSEL:
Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4086
Facsimile 202.672.5399

Dated September 15, 2008