# In the United States Court of Federal Claims

| | |
|---|---|
| VETERANS VOCATIONAL SERVICES,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>SYGNETICS, INC.,<br>Defendant-Intervenor. | No. 08-589 C<br>Filed September 16, 2008 |

**ORDER**

On September 9, 2008, plaintiff filed a Notice of and Motion to supplement the Administrative Record (docket entry 24), proposing to supplement the Administrative Record in this bid protest case through the deposition of Rosa M. Ascensio, the Contracting Officer. Defendant opposed that motion on September 12, 2008 (docket entry 29).

At issue in this case are four matters: a size protest as to contract awardee Sygnetics; two status protests as to awardees VTS and Heritage of America; and a "catch-all" claim. The first three matters were to be addressed by the SBA, and the parties indicated in their joint status report of September 12, 2008 that the SBA has dismissed the protest as to Sygnetics because it was untimely (docket entry 28). The parties also indicated that they wished to defer briefing on the "catch-all" claim until the status protests had been resolved by the SBA.

At a status conference on this date, the parties advised the Court that the SBA's decision on the two status protests that remain pending could be expected by the 29th or 30th of September, with possible appeals to the Office of Hearings and Appeals extending the SBA process through October 21. The parties also agreed that the pending motion to supplement the administrative record might be more productively addressed after the SBA renders its decision. At this time, therefore, the Court orders that plaintiff's motion to supplement the administrative record is hereby **DENIED WITHOUT PREJUDICE** to plaintiff's renewing its motion after the SBA has decided the two pending status protests.

The Court adopts the scheduling plan discussed at the status conference, as follows:

The schedule will begin to run from the date that the SBA renders its final decision (including appeal to the OHA) on the last of the two status protests ("SBA decision date").

After the SBA decision date, the plaintiff may choose to renew its motion to supplement the administrative record with the deposition of Rosa M. Ascensio. Any such renewed motion should describe with particularity the matters into which plaintiff wishes to inquire, along with an explanation of how each such matter is pertinent to the issues that remain to be decided.

Within one week from the SBA decision date, the plaintiff will file a status report with the Court indicating whether it intends to pursue any grounds for protest that will implicate the contract award to Sygnetics.

Within two weeks from the SBA decision date, the plaintiff will file its initial motion for judgment on the administrative record.

Two weeks after the plaintiff's motion for judgment on the administrative record, the defendant (and the defendant-intervenor, if applicable) will file an opposition to the motion for judgment on the administrative record, which will include any cross-motion for judgment on the administrative record.

One week after the filing of the opposition(s) to the plaintiff's motion for judgment on the administrative record, the plaintiff will file its reply in support of its motion for judgment, combined with its opposition to any cross-motion for judgment on the administrative record.

One week after the filing of plaintiff's reply, the defendant (and defendant-intervenor, if applicable) will file their reply in support of their cross-motion for judgment on the administrative record.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge